102 A.3d 1252

**Willie STOKES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 154 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 13, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**